FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 13 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
PATRICIA BROWN,

        Plaintiff,

  - against -

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
JFK INTERNATIONAL AIR TERMINAL, LLC,
VIRGIN AMERICA, INC., LINC FACILITY SERVICES,
LLC, AFFILIATED BUILDING SERVICES, INC. and
TCTIB V., INC.,

        Defendants.
-----------------------------------------X

Docket No.: CV12-2877

STIPULATION
TO REMAND

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF NEW YORK

    IT IS HEREBY STIPULATED AND AGREED by the undersigned, who are the parties currently appearing in this action, hereby consent to resolve Plaintiff's Motion to Remand, dated June 26, 2012 and which is currently scheduled for a Motion Hearing on August 17, 2012 at 10:00 a.m. in Courtroom 10B South before the Honorable Jack B. Weinstein, by stipulating to remand this action to the Supreme Court of the State of New York, County of Kings.

    IT IS FURTHER STIPULATED AND AGREED that an Order to that effect may be entered without further notice.

    IT IS FURTHER STIPULATED AND AGREED by the undersigned parties that facsimile signatures be deemed as original signatures for the purpose of this stipulation.

07/10/2012  03:39  2129835991                    BROWN GAVALAS FROMM              PAGE 03/03
Jul. 10. 2012  2:55PM       BARRY MCTIERNAN & MOORE                   No. 3274   P. 3003/003

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be filed without further notice with the Supreme Court of the State of New York, County of Kings.

Dated: July 10, 2012
New York, New York

_____
Edward A. Steinberg, Esq. (EAS-6150)
eas@leavandsteinberg.com
LEAV & STEINBERG, LLP
Attorneys for Plaintiff
PATRICIA BROWN
140 Broadway, Suite 3601
New York, New York 10005
Phone: (212) 766-5222
Fax: (212) 693-2377
File No.: 113124

_____
Nicholas Magali, Esq.
CLYDE & CO US LLP
Attorneys for Defendants
THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY and JFK
INTERNATIONAL
AIR TERMINAL, LLC
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Phone: (212) 710-3900
Fax: (212) 710-3950

_____
Fred O. Winkler, Esq. (FW-7015)
BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
VIRGIN AMERICA, INC.
355 Lexington Avenue
New York, New York 10017
Phone: (212) 983-8500
Fax: (212) 983-5946
fgw@browngavalas.com

_____
David L. Wyszewski, Esq.
BARRY, McTIERNAN & MOORE
Attorney for Defendant
ABM FACILITY SERVICES, INC. s/h/a
LINC FACILITY SERVICES, LLC
2 Rector Street, 14th Floor
New York, New York 10006
Phone: (212) 313-3600
Fax: (212) 608-8901
File No.: LIN-56851

So ordered

_____
7/12/12